UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KA YING CHANG,                                             Civil No. 08-371 DSD/SRN

      Plaintiff,

v.

                                                 ORDER

CHRIS BELL, and UNIVERSITY OF
WISCONSIN BOARD OF REGENTS
DBA UNIVERSITY OF WISCONSIN-
EAU CLAIRE (UWEC),

      Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 2, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is **DENIED**; and

2.  This action is **DISMISSED WITHOUT PREJUDICE**.

DATED:  April 22, 2008

                                                s/David S. Doty
                                                Judge David S. Doty
                                                 United States District Court Judge